```
 1   THOMAS P. O'BRIEN                                              JS-6
     United States Attorney
 2   CHRISTINE C. EWELL
     Assistant United States Attorney
 3   Chief, Criminal Division
     STEVEN R. WELK
 4   Assistant United States Attorney
     Chief, Asset Forfeiture Section
 5   MICHELE C. MARCHAND
     Assistant United States Attorney
 6   California Bar No. 93390
          U.S. Courthouse, 14th Floor
 7        312 North Spring Street
          Los Angeles, CA 90012
 8        Telephone: (213)894-2727
          Facsimile: (213)894-7177
 9        E-Mail: Michele.Marchand@usdoj.gov

10   Attorneys for Plaintiff
     United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CV 08 -00307-VBF(PLAx) |
| ) | |
|        Plaintiff, ) | **CONSENT JUDGMENT OF FORFEITURE** |
| ) | |
|        v. ) | |
| ) | |
| $28,523.88 in U.S. Currency, ) | |
| ) | |
|        Defendant. ) | |
| ————————————————————————) | |
| ARTURO VILLANUEVA and ) | |
| VILLANUEVA HARDWARE ) | |
| ENTERPRISES, INC., a California) | |
| Corporation, ) | |
| ) | |
|        Claimants. ) | |
| ————————————————————————) | |

     This action was filed on January 17, 2008.  Notice was given

and published in accordance with law.  Arturo Villanueva and

Villanueva Hardware Enterprises, Inc.  ("claimants") filed a

claim and an answer on April 9, 2008.  No other claims or answers

1    have been filed, and the time for filing claims and answers has
2    expired.  Plaintiff and claimants have reached an agreement that
3    is dispositive of the action.  The parties hereby request that
4    the Court enter this Consent Judgment of Forfeiture.

5         **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

6         1.   This court has jurisdiction over the parties and the
7    subject matter of this action.

8         2.   Notice of this action has been given in accordance with
9    law.  All potential claimants to the defendant $28,523.88 in U.S.
10   currency other than claimants are deemed to have admitted the
11   allegations of the Complaint.  The allegations set out in the
12   Complaint are sufficient to establish a basis for forfeiture.

13        3.   The United States of America shall have judgment as to
14   $21,023.88 of the defendant U.S. currency and all interest earned
15   thereon. No other person or entity shall have any right, title or
16   interest in the forfeited currency.  The United States Internal
17   Revenue Service is ordered to dispose of said asset in accordance
18   with law.

19        4.   The remaining $7,500.00 of the defendant currency and
20   all interest earned thereon shall be returned to claimants Arturo
21   Villanueva and Villanueva Hardware Enterprises, Inc. in care of
22   their attorney, David A. Katz.  Said funds shall be forwarded by
23   check made payable to "David A. Katz, Attorney-Client Trust
24   Account," and shall be mailed to David A. Katz, Esq., 433 North
25   Camden Drive, Suite 600, Beverly Hills, California 90210.

26        5.   Claimants hereby release the United States of America,
27   its agencies, agents, and officers, including employees and
28   agents of the United States Internal Revenue Service, from any

and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

/ / /

/ / /

/ / /

1        6.    The Court finds that there was reasonable cause for the

2   seizure of the defendant currency and institution of these

3   proceedings.   This judgment shall be construed as a certificate

4   of reasonable cause pursuant to 28 U.S.C. § 2465.

5

6   DATED: October 27, 2008

7                                    _____

8                                    HONORABLE VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4